## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW YORK

**Civil Action No.**

YIWU BOCHI IMP. & EXP. CO., LTD.

    Petitioner,

v.

WILSON STAR CORP.,

    Respondent.

---

## DECLARATION OF YIGE NI IN SUPPORT OF PETITION TO CONFIRM ARBITRAL AWARD AND FOR ENTRY OF JUDGMENT

---

I, Yige Ni, being of lawful age, hereby state and declare as follows:

1. I am an attorney licensed to practice law in China. I am an attorney at Zhejiang Zhenjin Law Firm. I represented YIWU BOCHI IMP. & EXP. CO., LTD. ("Applicant") in the arbitration case against WILSON STAR CORP. ("Respondent"). I submit this declaration in support of Petitioner's Petition to Confirm Arbitral Award and for Entry of Judgment. The statement in this declaration are true to the best of my knowledge, information, and belief.

2. An arbitral award in YIWU BOCHI IMP. & EXP. CO., LTD. v. WILSON STAR CORP. was entered on April 4, 2018 (the "Arbitral Award") by the China International Economic and Trade Arbitration Commission Shanghai Arbitration

 由 扫描全能王 扫描创建

Court (also known as "China International Economic and Trade Arbitration Commission Shanghai Branch"), ordering the Respondent to pay the Applicant:

    a. US$349,214.40 outstanding payments for the goods delivered;

    b. $14,066.24 in arbitration costs (converted from RMB98,071.20 based on the foreign currency exchange rate for USD/RMB as of November 9, 2018).

3. A true and correct copy of the Arbitral Award in Chinese and a certified English translation are attached hereto as **Exhibit A**.

4. A true and correct copy of the two Sale Contracts between the Applicant and Respondent, dated June 5, 2015 and July 25, 2015 respectively, is attached to this declaration as **Exhibit B**, which includes the arbitration provisions.

5. I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed this 6th day of December, 2018

                                        *Yige Ni*  (Signature) Yige Ni

 由 扫描全能王 扫描创建